MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff James M. Reese*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES M. REESE, an individual,<br>　　　　Plaintiff,<br>　vs.<br><br>GREGORY BRYAN, in his individual capacity; ROMEO ARANAS, in his individual capacity; DOES I – X,<br>　　　　Defendants. | Case. No.: 2:19-cv-00512-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST) [ECF NO. 25]** |

Plaintiff JAMES M. REESE ("Plaintiff") and Defendants GREGORY BRYAN and ROMEO ARANAS ("Defendants"), by their respective counsel, in accordance with Rule 16(b)(4) of the Federal Rules of Civil Procedure and Rule 26-3 of the Local Rules of the United States District Court, District of Nevada, hereby submit this Stipulation and Order to Extend Discovery Deadlines (First Request) to request the Court to continue discovery and pretrial dates by sixty (60) days.

**INTRODUCTION AND STATEMENT OF GOOD CAUSE**

On February 6, 2020, the Court entered a Stipulation and Order for a Stay of Discovery (ECF No. 19). The parties stayed this matter until issues with potential preclusive effects on this matter are resolved by this Court in *In Re: HCV Prison Litigation*, Case No. 3:19-cv-00577-MMD-CLB. On October 29, 2020, the Court entered a Consent Decree in *In Re: HCV Prison Litigation*, Case No. 3:19-cv-00577-MMD-CLB (*see* ECF No. 80). Counsel conferred telephonically on February 19, 2021 regarding extending the deadlines in this matter.

/ / /

1

On March 16, 2021, the Court denied the parties' previous stipulation and ordered that the parties "submit another proposed DPSO" in which the parties "must explain why an additional four months of discovery is necessary, given that there were roughly three weeks left of discovery before the Court issued a discovery stay." (ECF No. 23.) An additional four months of discovery are necessary for multiple reasons. Mr. Reese was reincarcerated at High Desert State Prison, which has negatively impacted his ability to communicate with counsel. Moreover, in light of the COVID-19 pandemic, the Nevada Department of Corrections temporarily suspended in-person visitation for a portion of 2020, thereby precluding counsel from meeting with Mr. Reese to discuss discovery in this matter. Additionally, counsel for Mr. Reese have several competing deadlines in state and federal court matters. Moreover, additional time is needed to conduct discovery which is critical to the claims and defenses in this matter, including issuing discovery requests, conducting depositions, and obtaining an expert to assess the damages Mr. Reese has suffered as result of the denial of treatment for his chronic HCV.

**STATUS OF DISCOVERY EFFORTS TO DATE**

The following discovery has been completed to date before the discovery was stayed on February 6, 2020:

1. Defendants provided their Fed. R. Civ. P. 26.1 Production of Documents and Witness List on September 5, 2019.

2. Plaintiff provided his Fed. R. Civ. P. 26.1 Production of Documents and Witness List on September 5, 2019.

The following discovery has been completed to date after the Stipulated Amended Discovery Plan and Scheduling Order (ECF No. 25 was entered):

3. Plaintiff propounded his First Set of Interrogatories to Defendant Romeo Aranas on May 20, 2021.

4. Plaintiff propounded his First Set of Interrogatories to Defendant Gregory Bryan on May 20, 2021.

///

5. Plaintiff propounded his First Set of Requests for Production of Documents to Defendant Romeo Aranas on May 20, 2021.

6. Plaintiff propounded his First Set of Requests for Production of Documents to Defendant Gregory Bryan on May 20, 2021.

7. Plaintiff propounded his First Set of Requests for Admission to Defendant Romeo Aranas on May 20, 2021.

8. Plaintiff propounded his First Set of Requests for Admission to Defendant Gregory Bryan on May 20, 2021.

9. Plaintiff propounded his Second Set of Interrogatories to Defendant Romeo Aranas on May 24, 2021.

10. Plaintiff propounded his Second Set of Interrogatories to Defendant Gregory Bryan on May 24, 2021

## **DISCOVERY REMAINING**

The Parties agree that the following discovery must be completed:

1. The deposition of Plaintiff;
2. The depositions of Defendants;
3. The depositions of witnesses;
4. The deposition(s) of the Defendants' Person(s) Most Knowledgeable;
5. The deposition(s) of expert witness(es) designated by all Parties;
6. Additional written discovery; and
7. Additional records collection.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

# **PROPOSED SCHEDULE**

Thus, the Parties now stipulate and agree to reopen discovery and extend the applicable deadlines as set forth in the table below.

| Scheduled Event | Prior Deadlines | Proposed Deadlines |
|---|---|---|
| Initial Experts | June 9, 2021 | August 9, 2021 |
| Rebuttal Expert | July 9, 2021 | September 8, 2021 |
| Discovery Cut-Off | July 23, 2021 | September 23, 2021 |
| Dispositive Motions | August 23, 2021 | October 25, 2021 (or at least thirty (30) days after the close of discovery) |
| Joint Pretrial Order | September 22, 2021 | November 24, 2021 (or at least thirty (30) days after the decision of last Dispositive Motions or further order of the Court) |

IT IS SO STIPULATED.

DATED this 24th day of May, 2021.        DATED this 24th day of May, 2021.

**MCLETCHIE LAW**                         **ATTORNEY GENERAL'S OFFICE**

/s/ Margaret A. McLetchie                 /s/ Katlyn M. Brady
Margaret A. McLetchie, NV Bar # 10931     Aaron D. Ford, Attorney General
Leo S. Wolpert, NV Bar # 12658            Katlyn M. Brady, NV Bar # 14173
701 East Bridger Ave., Suite 520          555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101                       Las Vegas, Nevada 89101
*Attorneys for Plaintiff, James M. Reese*  *Attorneys for Defendants, Gregory Bryan and Romeo Aranas*

**ORDER**

IT IS SO ORDERED.

UNITED STATE MAGISTRATE JUDGE

DATED: May 27, 2021

4