COPY

James M. Reese #13508
High Desert Prison
P.O. Box 650
Indian Springs, NV 89070
        Plaintiff


        UNITED STATES DISTRICT COURT
            DISTRICT OF NEVADA

| James M. Reese, as individual Plaintiff | Case No 2:19-CV-00152 RFB-BNW |
|---|---|
| vs. | MOTION TO EXTEND DISCOVERY DEADLINES |
| Gregory Bryan, individual capacity, Romeo Aranas, individual capacity, Does 1-X | (Third Request) (1ST By unRepresented plaintiff) |
| DEFENDANTS | |

Plaintiff James M. Reese (Plaintiff), in accordance with Rule LR 6-1 "Extension of Time" Discovery Deadlines, Also Rule LR 26-4 Extension of Scheduled Deadlines, of the local Rules of the United States District Court, District of Nevada, Plaintiff hereby submits this motion To Extend Discovery Deadlines (Third Request) (1ST Request by unrepresented plaintiff,) (120 days) * This Request to this Court, to continue discovery and pretrial dates by one hundred twenty (120 days) * This Request Due To Unlawful withdraw of ex Counsel McLetchie Laws       Page 1    Violations of this Courts

1  Rules, LR 6-1 Proof of Service, motion to withdraw, and
2  LRIA 10-6(E) Delays Discovery, Hearings, trial, and LRIA 10-7
3  (a) ETHICAL STANDARDS (model Rules), ("see plaintiff opposition
4  to counsels motion to withdraw (Doc #36 Filed 9/9/21) Also
5  "SEE" plaintiffs, Emergency AFFIDAVIT (Doc 35, Filed 8/25/21)
6
7  "INTRODUCTION AND STATEMENT OF GOOD CAUSE
8  On August 10, 2021, Ex-counsel for plaintiff filed their motion
9  to withdraw as counsel for plaintiff (ECF No 29) ms. mulethie
10  requested that this court grants this request for extension Number
11  2 to provide sufficient time for plaintiff James m. Reese to
12  retain new counsel and/or continue the discovery process
13  in proper person, ex counsel requested 120 days, it was
14  Denied in part, granted in part (60 days granted) Doc #
15  33, min order) 8/23/2021.
16  This Court Also stated (Parties also should note that
17  discharge, withdraw or substitution of attorney will not alone be
18  reason for delay of discovery LRIA 11-6-(d) —
19  Delays ---- But Plaintiff states, the important
20  part of that Rule LRIA 10-6(e) (IN THIS situation)
21  1st line (EXCEPT FOR good CAUSE shown) (Counsel showed No
22  good cause-proven by plaintiff in his opposition to counsel
23  withdraw, plaintiffs emergency affidavit, and Appointment
24  of counsel motion from plaintiff  "AGAIN
LRIA10-6(e) 25  1st line "Except For good cause shown', NO Withdraw or
26  substitution shall be approved IF Delay of discovery,
27  the trial or any hearing in the case would Result.
28  //                          Page 2

**Withdraws**
**LR IA 10-6 (e)**
**Continued —**

1. Where delay would result, the papers seeking leave of court
2. for the withdrawal or substitution must request specific
3. relief from the scheduled trial or hearing.
4. NOTE — Plaintiff STATES THAT BY GRANTING EX COUNSELS
5. withdraw, "How could THIS COURT NOT KNOW OF THE DELAYS
6. To come, IN this case, DUE TO THE STAGE DISCOVERY IS IN"
7. * 1. Plaintiff is NOT A Attorney, Nor has the abilities to
8. Conduct DISCOVERY AND ALL the WITNESS DEPOSITIONS
9. Required to protect the plaintiffs DUE process, clause

**Deposing**
**Dr. Uday Saranya —**
**Plaintiffs**
**Treating**
**Physician**

10. under the united states constitution, TO DEPOSE The
11. plaintiffs Number 1 witness DR. UDAY SARANYA the treating
12. Physician IN THIS CASE FOR Plaintiff — NOTE plaintiffs EX
13. Counsel lied to plaintiff IN writing (stateing margaret
14. mcletchie disclosed witness to defendants — out right lie —

**FILED 9-15-21**
**Exhibits —**

15. (see plaintiffs SECOND supplement, witnesses DISCLOSURE
16. pursuant F.R.C.P p26, you'll SEE IN writing plaintiffs
17. INITIAL DISCLOSURES, and plaintiffs First supplement to
18. INITIAL DISCLOSURES "both Documents DO NOT Reflect my
19. Number 1 witness, Now look AT mcletchie laws letter to
20. plaintiff — lies, And states margaret mcletchie DISCLOSED
21. my witness (expert witness) expert Rebuttle witness)
22. to the DEFENDANTS THIS IS A DIRECT ethical Violation,
23. and a out RIGHT VIOLATION OF PLAINTIFFS RIGHTS of
24. DUE process — For lawful DISCOVERY (THUS DELAYS
25. By withdraw — (SEE APPOINTMENT OF COUNSEL MOTION
26. AND
27. (PLAINTIFFS SECOND supplement witnesses Disclosure

Page 3: FACTUID PROOF — w writing

PLAINTIFF had to Address All these Issues, —
DELAYS DUE TO COUNSELS WITHDRAW!

1. Plaintiffs shown proof, in writing the efforts by
2. ex-counsel to sabotage plaintiffs case look at the
3. totality of ex-counsels Action, (see Withdraw opposition Doc 36
4. 1. Would not address the demands of plaintiff to depose
5.    plaintiffs key witness DR UDAY SARAIYA, or any witness
6. 2. Would not protect plaintiff from Retaliation from NDOC
7.    NON-medical treatment, (DEFENDANT DR GREGORY BRYAN med director miniv)
8. 3. Would not address conflict of interest NON-medical
9.    TREATMENT By DEFENDANT ex-Doctor GREGORY BRYAN
10. 4. Failure To serve plaintiff key motion to withdraw counsel
11.    of plaintiff (to sneak motion in for Quick Ruling)
12. 5. Failure of counsel to disclose plaintiffs key witnesses
13.    DR UDAY SARAIYA, plaintiff physician that treated him.
14.    (This is No mistake, A DIRECT violation of
15.    plaintiffs DISCOVERY RIGHTS, DELAYS to
16.    correct their intentional wrongdoings.
17. 6. unlawful, NON-representation, when they mletchie
18.    law, stayed plaintiffs case 393 days + 120 + 60 DAYS
19.    Telling plaintiff it was good for his case, Due to the
20.    inmate class action suit, I NEVER agreed to the stay
21.    I didn't know until I got a letter from them.
22.    They told me any win in that case would help me - lie
23.    393 DAY STAY — (SEE CONSENT DECREE NO 3:19-CV-00577 mmD CLB)
24.    Exhibits 4-B 2 (SEE FILED EMERGENCY Affidavit, Exhibits - Letter
         mlletchi law 4-C-1 Letter stay,
25. 7. SEE All proof filed by plaintiff, in this
26.    court — "All HAVE Caused Delays - plaintiff"
27.    Has Had to Respond To all these Facts
28.    and Remaining       Page 4       DISCOVERY is unobtainable!

Lawlibrary,
grievances
2006-31-06302
2-11-21
and
grievance
2006-31-26824
8-27-21

1. (PLAINTIFFS MOTIONS) - (REMAINING DISCOVERY) DELAYS--
2. (PLAINTIFFS motions FILED) - ALL DELAYS-
3. 1. PLAINTIFF has no physical access to law library and
4. non-existent paging system, - (only E-FILE 7-10 DAYS DELAY
5. 2. PLAINTIFF has no legal supplies Requested twice
6. Never Received (see appointment of counsel motion) FILED HEARING - 10-20-21
7. 3. All legal supplies, for motions filed were given to me
8. 4. Requested legal supplies case law legal forms
9. Havent received any in months have proof in writing
10. 5. - motion for counsel   (Has caused delays) 2 weeks
11. 6. Emergency Affidavit   (Has caused Delays) 1 week
12. 7. Emergency Hearing for unlawful withdraw of counsel (1 week
13. 8. supliment witness list Delay (1 week)
14. 9. This motion; more Delays (7 Days to 10 Days) no supplies
15. 10. Have to aquire paper, pen, envelopes, forms E-File
16. make hand written copies of all motions - 2 weeks
17. 11. opposition to withdraw of counsel - Delays 2 weeks
18. 12. NO CASE law - or limited court rules - (a week
19. REMAINING DISCOVERY
20. 1. Deposition of Plantiff, witness in this case
21. 2. Depositions of Defendants
22. 3. Depositions of Witnesses / Expert / Rebuttle -
23. 4. Depositions of Defendants' persons most knowledge
24. able
25. 5. Depositions of Expert Witnesses designated by
26. all parties
27. 6. Additional written discovery and
28. 7. Additional records       Page 5       collection

1. 8. motions for subpoena's (witnesses), order for marshells
2. to serve them;
3. 9. motion for this court to Appoint expert witness,
4. medical issue's, and complexities medical damages
5. 10. motion for court ordered compliance of key witnesses

NON-medical Retaliation — SKIN

6. (11. motions to end Nevada Department of prisons Retaliation for
7. plaintiffs NON-TREATMENT for serious medical
8. needs — (its been on going for months) Grievances Filed)
9. (NDOC Failed to Answer informal level Grievances Filed-6-15-21
10. Log Number # 2006-31-23563) For my skin lesions Due to
11. liver Damage) 1st level Attempted 3 Times to File Retaliation,
12. skin lesions) Blocking, Hindering Thwarting medical needs. —

NON-medical TREATMENT Retaliation — LIVER

13. (12. motions to end Nevada department of prisons HDSP Retaliation
14. for NON-medical TREATMENT for serious medical needs
15. (its been on going, Liver pain swelling, Rectal discharge, skin
16. lesions, vomiting, diarrhea fatigue, No ultrasound in
17. 2 years No fibroscan to check for tumors (in Las vegas it
18. was ordered once a year, for cancer survivor — Defendant
19. Doctor Gregory Bryan, Retaliation — " Ex Counsel DID Nothing!"

Log Number — 20. Grievance # 2006-31-24550 1st /2nd/3rd Attempt, motions redress
21. 13. All these factors are delaying plaintiffs Rights
22. for Discovery, no case law, no legal forms, no paper,
23. no pens — law library paging system non existance

6 months ago — 24. (Grievance Filed (2006-31-06302) second level 2-11-21 — No Answer law library)
25. 2.(Grievance Filed (2006-31-26849) informal 8-27-21) no answer — law library)
26. 3. Plaintiffs Proof of attempts to get supplies, forms,
27. case law ect (copywork takes 7-14 Days, E filing takes
28. 5-14 days to achieve,    Page 6,   it's Ridiculous — !

ALL THIS,

1. is part of plaintiffs attempts to try to protect my Due
2. Process Rights, the NEVADA DEPARTMENT of prisons High Desert
3. Prison and Retaliation proven By actions of all NDOC players
4. involved, starting with nonmedical Treatment, non-scheduling
5. ing for Doctors appointment (1. Jaymie Cabrera Nurse scheduling
6. (2. Adrienne Thompson Nurse scheduling, (3 Associate warden
7. W. Kulolia, Grievances, Hindering, Blocking, Thwarting, serious medical
8. needs grievances for Help, Liver/Skin, (4. Case Worker unit
9. 12 Warren, Failure Refused to assist plaintiff Grievances
10. , serious medical needs - with the warden's instructions to
11. assist plaintiff Hindering Thwarting Blocking / serious medical
12. needs / All diliberate indifference, all acting under the
13. Color of law. -- I NEED MEDICAL TREATMENT, NOT DELAYS,
14.            All These Facts Presented To This
15. Court, To Demonstrate The Delays Created by
16. with Draw of counsel, (See motion for appointment
17. of counsel.) Plaintiffs Due process is at stake -
18. * I'm Requesting Extention of Discovery Dead lines!
19. To Protect James M Reeses Due Process Rights
20. To full unhindered Discovery - If can't Handle This!
21. its to complex, Hindering Thwarting The NDOC, slow Play!
22.
23.    Ex counsel Fail To Deposed any witnesses
24.         -  At All - After 395 Days + 120 too,
25. * From a closed custody cell plaintiff Cannot Depose
26. Witness- Have No more supplies, case law - or
27. knowledge to conduct this Discovery (See motion To
28. Appoint Counsel          Page 7   Impleading with this
29. court To Help me

5. DR DANTE HDSP

NOTE MOTION GRANTED SAME DAY AS FILED AGAIN NO SERVICE

DOC 39 Filed 9-16-21

corruption

1. PLAINTIFFS REASONS FOR THE REQUESTED EXTENSION
2. already stated are proven through paper work Receipts,
3. Grievances, Supply Request Receipts, case law Request
4. Receipts - Inmate Request Kites, AND more. (CASE LAW)
5. Further Proof
6. mcletchie law Files withdraw motion (submitted 8/10/21) 8/13/21) motion granted 8-13-21 3 DAYS?
7. 1. In counsels own motion, DOC 30 Filed 8/12/21
8. Ex Counsel claims "were diligently conducting discovery,"
9. 2. Ex Counsel claims to have produced documents relating to
10. liability issues, and have been working to coordinate depositions
11. 3 Ex counsels untimely motion to extend deadlines DOC 30
12. late within 21 days Rule 26-4 - "violation" what were
13. they Doing? (Dragging their feet to Dump my case!) Their withdraw motion filed 8-13-21 Never served
14. 4 Ex counsels Deadlines initial disclosures of initial experts and
15. deadline for initial expert disclosures untimely --
16. * AND EX-COUNSEL Never Disclosed "my" (Plaintiffs) Treating
17. physicians, Doctor UDAY SARAYA - but DECEIVED plaintiff
18. in writing see Exhibits. Plaintiffs second supplement witness
19. Disclosure, letter from mcletchie law stating margaret
20. mcletchie law disclosed plaintiffs key expert witness
21. Dr UDAY SARAIYA, when in Fact all plaintiffs disclosures
22. to counsel for Defendants shows NO such disclosures,
23. AGAIN mcletchie law, intentionally failed to disclosed
24. Plaintiffs key witness, Documents PROVE This Fact
25. (5. why DiDN't counsel, Diligently protect plaintiffs
26. Rights under the united states constitution, proven
27. By their own actions, writing filings signatures, multiple
28. times, many Different    Page 8   areas of this case?

X

(6. GOOD CAUSE EXISTS FOR ~~EXCUSE~~ this timely request, Plaintiff HAS SHOWN inability to conduct DISCOVERY in a timely complete manner, to PROTECT his Rights under the Due process clause of the US Constitution.

(7. Plaintiff's motion FOR APPOINTMENT of counsel, and Request FOR EVidentiary HEARING, HEARING SET FOR 10/20/21 at 11:00 am in LV CourtRoom 3B by zoom videoconference. --- Therefore A 120 DAY DISCOVERY DEADLINE EXTENSION, is warrented, to protect Plaintiffs DISCOVERY RIGHTS. - DUE TO EX-Counsels BAD ACTS, No law library, case law, supplies, DISCOVERY Due process Violations, together

(8. CASE law ALSO Dictates the granting the 120 day discovery DEADLINE Extension,

(A. it Aids the court in lue of Appointment of counsel HEATING!

(B. PROTECTS plaintiffs RIGHTS TO DISCOVERY and provides a level playing field FOR THIS CASE which plaintiff has shown to have very strong merit!

(C. 120 DAY EXTENTION provide some Relief From EX-Counsels wrongful handleing of plaintiffs case, Due to fabrications, lies, deceptions, which have violated plaintiffs Rights, "proven multiple time, in writing.

PROPOSED SCHEDULE (120 DAY EXTENTION)
The courts, have authority to impose PRNT. Itai The SCHEDULE - or counsel for Defendant — PLEASE ISSUE DATES for NEW DEADLINE, if plaintiffs motion GRANTED, as To plaintiffs confusion on what the DEADLINE REALLY are? possible, AMENDMENT to initial complaint! To Add defendants —

Page 9.



2. Plaintiff is not sure of deadline dates
3. due to old schedule, ex counsels proposed deadlines
4. and the granted 60 days extensions, - which plaintiff
5. doesn't know where to start.
6. Plaintiff has demonstrated the obstacles that
7. have been encountered and plaintiff hasn't the
8. abilities to even start to know how to depose
9. all my witnesses, let alone getting the information
10. to learn. I'm asking this court to grant 120
11. day extension and plaintiff needs counsel
12. for this case that has strong merit.

14. Plaintiff submits this motion to extend
15. discovery deadlines, 120 days, Third request
16. (1st request by unrepresented plaintiff.)
17. * Again - Appointment of counsel Hearing 10-20-21
18. Courtroom 3B, by zoom video (Doc 38) order).
19.         CERTIFICATE OF SERVICE
20. Submitted under penalty of perjury, 28 USC
21. 1746, E-Filed to US District Court, and -
22. Please forward to Aaron D. Ford, Attorney General
23. (katlynbrady@ag.nv.gov) (Attorney General
24. (cmecf@nvd.uscourts.gov) (US District Court).

26.     28 USC 1746   James M. Reese 9-15-21
27.                   James M. Reese
28. 9-15-21-)              Page 10

waiting on c/o for E-Filing - 9- -21   Taken by c/o

**Order**

IT IS ORDERED that ECF No. 40 is GRANTED as unopposed. *See* ECF No. 44.

**IT IS SO ORDERED**
**DATED:** 6:31 pm, October 08, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE