AARON D. FORD
  Attorney General
LAURA M. GINN, Bar No. 8085
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: lginn@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas and Gregory Bryan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES A REESE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GREGORY BRYAN, in his individual capacity, ROMEO ARANAS, in his individual capacity, DOES I-X,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00512-RFB-BNW<br><br>**MOTION FOR EXCEPTION** |

Defendants Romeo Aranas and Gregory Bryan, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Laura M. Ginn, Deputy Attorney General, hereby file a Motion for Exception to the Order Scheduling Settlement Conference. ECF No. 63.

## MEMORANDUM OF POINTS AND AUTHORITIES

Under LR IB 1-7 (b), a magistrate judge is authorized to preside over settlement conferences in civil cases. This Court Ordered the parties be present at the Settlement Conference on May 13, 2022. Defendants request an exception and request to appear by telephone because they do not have settlement authority. Upon information and belief, both former employees Dr. Aranas and Dr. Bryan have personal commitments. The State of Nevada Tort Claims Manager and the Nevada Department of Corrections Representative have settlement authority and will be present. Dr. Aranas and Dr. Bryan were contacted to provide phone numbers where each can be reached, if necessary, on May 13, 2022.

Therefore, Defendants request an exception to being present at the settlement conference on May 13, 2022.

DATED this 28th day of April, 2022.

                                          Respectfully submitted,

                                          AARON D. FORD
                                          Attorney General

                                          By:   */s/ Laura M. Ginn*
                                                      Laura M. Ginn (Bar No. 8085)
                                                      Deputy Attorney General

                                          *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED**

**DATED:** 9:08 pm, May 01, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 28, 2022, I electronically filed the foregoing**, REQUEST FOR EXCEPTION**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

> James M. Reese, #13508
> High Desert State Prison
> P.O. Box 650
> Indian Springs, NV 89070
> HDSP_LawLibrary@doc.nv.gov

*/s/ Karen Easton*
An employee of the
Office of the Nevada Attorney General