UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES M. REESE,<br><br>Plaintiff,<br><br>GREGORY BRYAN, et al.,<br><br>Defendants. | Case No. 2:19-cv-00512-RFB-VCF<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE JAMES M. REESE #13508** |

TO:   BRIAN WILLIAMS, WARDEN,
      HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **JAMES M. REESE, #13508**, is presently in custody of the Southern Desert Correctional Center, Indian Springs, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or her designee, shall arrange for and produce the Plaintiff, on **Thursday, June 1st, 2023, at the hour of** 12:00 p.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **JAMES M. REESE, #13508** is released and discharged by the said Court; and that **JAMES M. REESE, #13508** shall thereafter be returned to the custody of the Warden, under safe and secure conduct.

**DATED** this 19the day of May 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**